IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALEXANDER MIRKOVIC**                                                                 **PLAINTIFF**

v.                          Case No. 4:13-cv-00264 KGB

**ARKANSAS TECH UNIVERSITY, et al.**                                         **DEFENDANTS**

## ORDER

Before the Court is plaintiff Alexander Mirkovic's motion to dismiss with prejudice (Dkt. No. 31). Defendants have responded and have no objection to the motion to dismiss (Dkt. No. 32). For good cause shown, the motion is granted. This action is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SO ORDERED this the 23rd day of July, 2014.

Kristine G. Baker
United States District Judge